THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SABRINA JAMES, Appellant. [52 NYS3d 233]—Appeal by the de-

fendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Murphy, J.), imposed December 17, 2015, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of her right to appeal was invalid (*see People v Head*, 147 AD3d 1083 [2017]; *People v Bynum*, 142 AD3d 1183 [2016]; *People v Burnett-Hicks*, 133 AD3d 773 [2015]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Roman, Hinds-Radix and Brathwaite Nelson, JJ., concur.